IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mobee, Franca B

Printed: 8/12/08

Case Number: 04 B 30524
Judge: Squires, John H
Filed: 8/17/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: July 18, 2008
Confirmed: October 20, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 17,138.00 |  |
| Secured: |  | 10,187.82 |
| Unsecured: |  | 2,423.14 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,734.00 |
| Trustee Fee: |  | 861.17 |
| Other Funds: |  | 931.87 |
| Totals: | 17,138.00 | 17,138.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,734.00 | 2,734.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 176.89 | 176.89 |
| 4. | Healthcare Associates Credit Union | Secured | 4,764.51 | 4,764.51 |
| 5. | ECast Settlement Corp | Secured | 1,074.47 | 1,074.47 |
| 6. | Wells Fargo Home Mortgage | Secured | 4,171.95 | 4,171.95 |
| 7. | Healthcare Associates Credit Union | Unsecured | 180.68 | 180.68 |
| 8. | Aspire Visa | Unsecured | 242.82 | 242.82 |
| 9. | Monterey Financial Services | Unsecured | 0.00 | 0.00 |
| 10. | Americash Loans, LLC | Unsecured | 74.33 | 74.33 |
| 11. | Specialized Management Consultants | Unsecured | 54.56 | 54.56 |
| 12. | Honda Finance Services | Unsecured | 781.72 | 781.72 |
| 13. | World Financial Network Nat'l | Unsecured | 345.63 | 345.63 |
| 14. | Nicor Gas | Unsecured | 108.81 | 108.81 |
| 15. | Village of Glenwood | Unsecured | 400.00 | 400.00 |
| 16. | ECast Settlement Corp | Unsecured | 139.39 | 139.39 |
| 17. | Sir Finance Corporation | Unsecured | 95.20 | 95.20 |
| 18. | World Financial Network Nat'l | Secured |  | No Claim Filed |
| 19. | Washington Mutual Bank FA | Secured |  | No Claim Filed |
| 20. | Honda Finance Services | Unsecured |  | No Claim Filed |
| 21. | Fingerhut Corporation | Unsecured |  | No Claim Filed |
| 22. | Nicor Gas | Unsecured |  | No Claim Filed |
| 23. | Household Bank (SB) N A | Unsecured |  | No Claim Filed |
| 24. | Jefferson Capital | Unsecured |  | No Claim Filed |
| 25. | Midland Credit Management | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mobee, Franca B

Printed: 8/12/08

Case Number: 04 B 30524
Judge: Squires, John H
Filed: 8/17/04

| | | | |
|---|---|---|---|
| 26. Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 27. RMI/MCSI | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 15,344.96 | $ 15,344.96 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 156.18 |
| 4% | 31.95 |
| 3% | 21.81 |
| 5.5% | 179.19 |
| 5% | 64.42 |
| 4.8% | 116.05 |
| 5.4% | 291.57 |
| | _____ |
| | $ 861.17 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

